UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
        Plaintiff, )
)
v. )
) Criminal No. 01-00422-01 (RCL/AK)
AKIL NESBY, )
        Defendant. )
)

**FILED**

FEB 1 6 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## AMENDED CONSENT TO MODIFY SUPERVISED RELEASE

Following the Defendant's conviction of Assault on a Police Officer in the Superior Court of the District of Columbia, he was sentenced to performing 90 hours of community service. The charges culminating in the aforementioned conviction and sentence resulted in the Probation Office of this Court charging the Defendant with violating the conditions of his supervised release in the above-captioned case. The Probation Officer recommended that the appropriate sanction for the violation should be a modification of the Defendant's special conditions of Supervised Release to include 60 days in a halfway house. Both the United States and the Defendant agree with the recommendation of the United States Probation Office. Accordingly, it is RECOMMENDED THAT the special conditions of Defendant's Supervised Release be modified to include a 60 day placement in the Hope Village facility.

DATED: February 15, 2011

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings

and recommendations. *See Thomas v. Arn*, 474 U.S. 140 (1985).

The Magistrate Judge having recommended that the conditions of Defendant's supervised release be modified and there being no objection thereto, IT IS ORDERED that the recommendation of the Magistrate Judge is accepted.

DATED: March 11, 2011

_____
UNITED STATES DISTRICT COURT JUDGE